IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY SR., | ) | 8:09CV393 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STACEY FLEENER, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Filing No. 18.) Plaintiff was previously given leave to proceed IFP on appeal on January 14, 2010. (Filing No. 15.) In addition, the Eighth Circuit Court of Appeals summarily affirmed this court's Judgment in this matter on June 2, 2010. (Filing No. 19.) Accordingly, Plaintiff's Motion for Leave to Proceed IFP is moot.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed IFP (filing no. 18) is denied as moot.

DATED this 14th day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.